Harold Eph JONES, alias Harold Jones, alias Jughead, Appellant, v. UNITED STATES of America, Appellee.

No. 9909.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1945.

Wiley Wilson, Jr., and John J. Hooker, both of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn., for appellee.

Before HICKS, SIMONS and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence to sustain the ver-

dict of the jury, and that no reversible error appears upon the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.